IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JAMES HARMON, III,

    Plaintiff,

v.                                              CASE NO. 1:07-cv-00038-MP-AK

EDWARD T BARFIELD, MARGUERITE DAVIS,
EDWARD C HILL, JR, JUDGE PETER D WEBSTER,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed because Plaintiff has filed a previous lawsuit against the prosecutors and judges based on his criminal conviction. Plaintiff filed objections, doc. 18, in which he admits that he filed a prior complaint addressing the same issues. The fact that the previous complaint was dismissed based upon immunity, was dismissed prior to discovery, and was dismissed pursuant to the discretion of the Court, does not vitiate the res judicata effect of the prior filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file and to note on the docket that this dismissal is pursuant to 28 U.S.C. §1915A(b)(1) and constitutes a second "strike" under 28 U.S.C. §1915(g)..

**DONE AND ORDERED** this  _15th_  day of June, 2007

                          *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge